UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-2526-LFL

UNITED STATES OF AMERICA

vs.

TOMAS NIEMBRO CONCHA et al.,

        Defendants.
_____/

## NOTICE OF APPEARANCE

Undersigned counsel hereby files this Notice of Appearance in the above case and would request that all future pleadings etc. be addressed to the undersigned.

        Respectfully submitted,

        MARGARET A. MOESER
        Chief
        Money Laundering and Asset Recovery Section
        DOJ Criminal Division

        s/ *Samir Paul*
        SAMIR PAUL
        Trial Attorney
        Special Bar ID A5503339
        1400 New York Ave. NW
        Washington, DC 20005
        Telephone: (202) 598-2412
        Email: samir.paul@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                s/ *Samir Paul*
                SAMIR PAUL
                Trial Attorney
                Special Bar ID A5503339
                1400 New York Ave. NW
                Washington, DC 20005
                Telephone: (202) 598-2412
                Email: samir.paul@usdoj.gov