## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 25-MJ-02526-LOUIS

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

TOMAS NIEMBRO,
    Defendant.
                                               /

### UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING AND/OR ARRAIGNMENT

Mr. Tomas Niembro ("Mr. Niembro"), through undersigned counsel, respectfully moves to continue the preliminary hearing and/or arraignment currently scheduled for January 23, 2026, for one week, due to defense counsel's unavailability.

1. The preliminary hearing and/or arraignment is currently set for Friday, January 23, 2026. [ECF No. 62].

2. Undersigned counsel, Michael Nadler, is unavailable on that date due to a pre-planned work trip that requires him to be out of the district.

3. Counsel respectfully requests that the hearing be continued for one week, to on or about January 30, 2026.

4. The government does not object to this request.

**WHEREFORE,** Mr. Niembro respectfully requests that the Court continue the preliminary hearing and/or arraignment for one week.

Respectfully submitted,

**STUMPHAUZER KOLAYA**
**NADLER & SLOMAN, PLLC**
Two South Biscayne Boulevard,
Suite 1600, Miami, FL 33131
Telephone: (305) 614-1400

/s/ *Michael B. Nadler*
Michael B. Nadler
Fla. Bar No. 51264
mnalder@sknlaw.com

/s/ *Juan J. Michelen*
Juan J. Michelen
Fla. Bar No. 92901
jmichelen@sknlaw.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 16, 2026, I filed the foregoing document with the Clerk of Court via CM/ECF, which will serve all counsel of record through the Notices of Electronic Filing or other authorized means for those not receiving electronic notices.

By: /s/ *Juan J. Michelen*
    Juan J. Michelen